# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIDEOSHARE, LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>FACEBOOK, INC.<br><br>　　　　　Defendant. | CIVIL ACTION NO. 6:21-CV-00254-ADA<br><br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Scheduling Order (Dkt. 36), Plaintiff VideoShare, LLC and Defendant Facebook, Inc. submit this Joint Claim Construction Statement.

### I.    AGREED-UPON CLAIM TERMS

| Term | Agreed Construction |
|---|---|
| "first client" | "sharing device/user" |
| "second client" | "viewing device/user" |
| "the identified video content" | "plain and ordinary meaning where the plain and ordinary meaning means that the 'identified video content' must have a corresponding identifier" |

### II.    DISPUTED CLAIM TERMS

| Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| "depending on a compatibility of the second server system or a compatibility of the second client with the first format or the second format" | "after determining which of the first format or second format is most compatible with the second server system or the second client" | "after determining which of the first format and second format is most compatible with the second server system or the second client" |
| "server system" | Plain and ordinary meaning | Indefinite |

1

Dated: December 20, 2021

/s/ *William D. Ellerman*
Michael W. Shore (Texas 18294915)
Alfonso G. Chan (Texas 24012408)
William D. Ellerman (Texas 24007151)
Ari B. Rafilson (Texas 24060456)
Halima Shukri Ndai (Texas 24105486)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
wellerman@shorechan.com
arafilson@shorechan.com
hndai@shorechan.com

Mark D. Siegmund (Texas 24117055)
STECKLER, WAYNE, COCHRAN, CHERRY, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com

Charles L. Ainsworth (Texas 00783521)
Robert C. Bunt (Texas 00787165)
PARKER, BUNT & AINSWORTH P.C.
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535
charley@pbatyler.com
rcbunt@pbatyler.com

**Counsel for Plaintiff VideoShare, LLC**

Respectfully submitted,

/s/ *Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399
pamstutz@scottdoug.com

KILPATRICK TOWNSEND & STOCKTON LLP
Mansi H. Shah (pro hac vice)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: Mhshah@kilpatricktownsend.com

Vaibhav P. Kadaba (pro hac vice)
Richard W. Goldstucker (pro hac vice)
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: wkadaba@kilpatricktownsend.com
Email: rgoldstucker@kilpatricktownsend.com

Kasey E. Koballa (pro hac vice)
4208 Six Forks Road
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 420-1800
Email: kkoballa@kilpatricktownsend.com

Edward J. Mayle (pro hac vice)
1400 Wewatta Street, Ste. 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email: tmayle@kilpatricktownsend.com

**Counsel for Defendant Facebook, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 20, 2021.

                                                */s/ William D. Ellerman*
                                                William D. Ellerman