IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VIDEOSHARE, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION 6:21-cv-00254-ADA |
| FACEBOOK, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

### ORDER ON DEFENDANT'S NOTICE OF NAME CHANGE AND GRANTING UNOPPOSED MOTION TO CORRECT DOCKET

Before the Court is Defendant's Notice of Name Change and Unopposed Motion to Correct Docket (the "Unopposed Motion"). Having considered the Unopposed Motion, the Court finds good cause exists, the relief sought is justified, and the requested relief is GRANTED.

The Clerk's Office is directed to correct Defendant Facebook, Inc.'s name on the docket to Meta Platforms, Inc.

SIGNED this 5th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE