IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIDEOSHARE, LLC, § § Plaintiff, § § v. § § META PLATFORMS, INC. § § Defendant. § § § | Case No. 6:21-CV-254-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANT'S OPPOSED MOTION TO STRIKE PLAINTIFF'S AMENDED INFRINGEMENT CONTENTIONS**

I, Edward J. Mayle, declare as follows:

I am an attorney at the law firm of Kilpatrick Townsend & Stockton LLP ("Kilpatrick") licensed to practice law in Colorado and the District of Columbia and admitted to practice before this court *pro hac vice*. I represent Defendant Meta Platforms, Inc. ("Meta") in this proceeding. My business address is Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street, Denver CO, 80202. This declaration is based upon my personal knowledge and, if called as a witness, I could and would testify to these facts:

1. Attached hereto as **Exhibit 1** is a true and correct copy of the cover pleading to Plaintiff VideoShare, LLC's ("VideoShare") infringement contentions dated July 7, 2021.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the infringement claim chart that was attached to Exhibit 1 by VideoShare on July 7, 2021.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Meta's Invalidity Contentions dated September 1, 2021.

4. Attached hereto as **Exhibit 4** is a true and correct copy of cover pleading to Plaintiff VideoShare, LLC's ("VideoShare") amended infringement contentions dated February 23, 2022.

5. Attached hereto as **Exhibit 5 (FILED UNDER SEAL)** is a true and correct copy of the amended infringement claim chart that was attached to Exhibit 4 by VideoShare on February 23, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2022 at Denver, CO.

*/s/ Edward J. Mayle*
Edward J. Mayle