# EXHIBIT 1

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VIDEOSHARE, LLC §<br>    *Plaintiff*, §<br>  §<br>v.  §<br>  §<br>FACEBOOK, INC.,  §<br>    *Defendant*. §<br>  § | Case No. 6:21-CV-00254-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S PRELIMINARY INFRINGEMENT CONTENTIONS**

Plaintiff VideoShare, LLC hereby serves its Preliminary Infringement Contentions regarding U.S. Patent No. 10,362,341 ("'341 Patent"). Plaintiff's analysis is preliminary and based largely on publicly available information; therefore, Plaintiff reserves the right to supplement, amend, or modify these contentions following discovery from Defendant and third parties, additional investigation, or rulings by the Court (including claim construction).

**I.    Asserted Claims**

Plaintiff alleges that Defendant directly infringes at least claims 1-7 of the '341 Patent by making, using, selling, and/or offering for sale products and/or services for receiving, converting, and sharing streaming video made by practicing and by performing processes that practice the '341 Patent, including Defendant's products and/or services marketed as Facebook Live, Facebook Watch, and Instagram, which are made, used, sold, or offered for sale by Facebook, as well as Facebook's standard video upload and streaming offerings (collectively, the "Accused Instrumentality").

Each element of each asserted claim of the '341 Patent is considered to be literally present in the Accused Instrumentality, or, in the alternative, is present under the doctrine of equivalents.

## II.     Claim Chart

Attached hereto as <u>Exhibit A</u>, and incorporated by reference herein, is a claim chart identifying where each element of the asserted claims of the '341 Patent is found in the Accused Instrumentality.

## III.    Priority

The '341 Patent claims priority to U.S. Provisional Patent Application No. 60/147,029, filed on August 3, 1999. More specifically, the '341 Patent is a continuation of U.S. Patent Application No. 15/618,304, filed on June 9, 2017 and now U.S. Patent No. 10,225,584, which is a continuation of U.S. Patent Application No. 15/094,411, filed on April 8, 2016, which is a continuation of U.S. Patent Application No. 14/597,491, filed on January 15, 2015, which is a continuation of U.S. Patent Application No. 13/909,876, filed on June 4, 2013 and now U.S. Patent No. 8,966,522, which is a continuation of U.S. Patent Application No. 09/631,583, filed on August 3, 2000 and now U.S. Patent No. 8,464,302, which is a continuation-in-part of U.S. Patent Application No. 09/497,587, filed on February 3, 2000, which claims priority to. U.S. Provisional Patent Application No. 60/147,029.

Additionally, Plaintiff believes that the methods claimed by the '341 Patent were conceived by the inventors around December 1998, when Plaintiff's predecessor (AllCam) began building a video streaming service to allow users to upload their video files and share them as streaming video files, which eventually became the VideoShare service. *See, e.g.,* VS0000271-280.

**IV.    Documents**

A copy of the '341 Patent file history is being concurrently produced. *See* VS0000001-222. Additionally, documents evidencing conception and reduction to practice for each claimed invention include at least the documents bates labeled VS0000271-438.

Dated: July 7, 2021                            Respectfully submitted,

By: */s/ William D. Ellerman*  _____
    Charles L. Ainsworth (Texas 00783521)
    Robert C. Bunt (Texas 00787165)
    PARKER, BUNT & AINSWORTH P.C.
    100 E. Ferguson Suite 418
    Tyler, Texas 75702
    Tel: (903) 531-3535
    charley@pbatyler.com
    rcbunt@pbatyler.com

    Michael W. Shore (Texas 18294915)
    Alfonso G. Chan (Texas 24012408)
    William D. Ellerman (Texas 24007151)
    Ari B. Rafilson (Texas 24060456)
    Mark D. Siegmund (Texas 24117055)
    Halima Shukri Ndai (Texas 24105486)
    SHORE CHAN LLP
    901 Main Street, Suite 3300
    Dallas, Texas 75202
    Tel: (214) 593-9110
    Fax: (214) 593-9111
    mshore@shorechan.com
    achan@shorechan.com
    wellerman@shorechan.com
    arafilson@shorechan.com
    msiegmund@shorechan.com
    hndai@shorechan.com

    **COUNSEL FOR PLAINTIFF
    VIDEOSHARE, LLC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on July 7, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ William D. Ellerman*
William D. Ellerman