# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF TEXAS

 3                        WACO DIVISION

 4   VIDEOSHARE, LLC,           )(    CIVIL ACTION NO.

 5        PLAINTIFF,            )(    6:21-CV-254-ADA

 6                              )(

 7   VS.                        )(    WACO, TEXAS

 8                              )(

 9   META PLATFORMS, INC.,      )(    FEBRUARY 18, 2022

10        DEFENDANT.            )(    9:30 A.M.

11                       DISCOVERY HEARING

12           BEFORE THE HONORABLE ALAN D ALBRIGHT

13               UNITED STATES DISTRICT JUDGE

14
     FOR THE PLAINTIFF: Mr. William D. Ellerman
15                      Mr. Ari Rafilson
                        Mr. Mark D. Siegmund
16                      SHORE CHAN
                        Bank of America Plaza
17                      901 Main Street
                        Suite 3300
18                      Dallas, Texas 75202

19   COURT REPORTER:    Ms. Shelly Holmes, CSR, TCRR
                        Court Reporter
20                      2593 Myrtle Road
                        Diana, Texas 75640
21                      (903) 720-6009
                        shellyholmes@hotmail.com
22

23   (Proceedings recorded by mechanical stenography, transcript
     produced on a CAT system.)
24

25
```

```
 1   FOR THE PLAINTIFF: Mr. Charley Ainsworth
                        PARKER, BUNT & AINSWORTH, PC
 2                      100 East Ferguson
                        Suite 418
 3                      Tyler, TX 75702

 4
     FOR THE DEFENDANT: Mr. Steven D. Moore
 5                      KILPATRICK TOWNSEND
                        Two Embarcadero Center
 6                      Suite 1900
                        San Francisco, CA USA 94111
 7
                        Ms. Kasey E. Koballa
 8                      KILPATRICK TOWNSEND
                        4208 Six Forks Road
 9                      Suite 1400
                        Raleigh, NC USA 27609
10
                        Ms. Mansi Shah
11                      KILPATRICK TOWNSEND
                        1302 El Camino Real
12                      Suite 175
                        Menlo Park, CA 94025
13
                        Ms. Paige A. Amstutz
14                      SCOTT DOUGLASS & MCCONNICO
                        600 Congress Avenue
15                      Austin, TX 78701

16

17

18

19

20

21

22

23

24

25
```

```
10:03:56   1              That's -- that's just more speculation.  There --
10:04:00   2   there is nothing here to suggest that anything in this
10:04:03   3   re-exam is going to simplify this trial.
10:04:08   4              THE COURT:  Okay.  I'm -- I'm going to take this
10:04:11   5   under advisement.  I think it's important that I give it a
10:04:18   6   little bit of thought.  I thought the arguments were very
10:04:21   7   helpful on both sides.
10:04:22   8              And the final issue I have up is the Plaintiff's
10:04:25   9   request for additional time.
10:04:28  10              I'll hear from the Plaintiff.
10:04:30  11              MR. ELLERMAN:  Yes, Your Honor.
10:04:31  12              We've -- we've asked for a very short extension of
10:04:34  13   the deadline for adding parties, just -- I think it's until
10:04:37  14   March 2nd, if I'm not wrong.
10:04:39  15              Actually, we asked to extend two deadlines.  First
10:04:44  16   was the deadline for serving final contentions and the
10:04:48  17   deadline to add parties.  Meta agreed to the extension for
10:04:48  18   final contentions, which will be the end of March, but it
10:04:53  19   won't agree to the party deadline, which is a much shorter
10:04:56  20   extension, and its response doesn't really give a basis for
10:04:59  21   that.
10:05:00  22              The reasons for both extensions were the same.  We
10:05:02  23   served written discovery immediately after the Markman.
10:05:06  24   And the responses to that discovery were due on the date
10:05:09  25   for the deadline for adding parties, which was just last
```

```
10:05:11   1   week.
10:05:11   2              Meta still has not produced responsive documents,
10:05:15   3   and I assume they're waiting on the PO to get entered.  But
10:05:20   4   right after the Markman, we also noticed a deposition of a
10:05:23   5   Facebook engineer that would occur well before the deadline
10:05:26   6   to add parties.  Meta delayed that deposition for over a
10:05:30   7   month, and we just got to take it this week.
10:05:33   8              Obviously, the Court knows we haven't been able to
10:05:35   9   look at the source code yet, given the protective order
10:05:38  10   issues.  And -- and we still don't believe we have adequate
10:05:42  11   documentation for all of the Facebook accused products, and
10:05:46  12   we're negotiating with them about that, too.
10:05:48  13              So all this means is we haven't had an opportunity
10:05:51  14   to make a final decision about adding parties.  And there's
10:05:55  15   no secret here about the party we may or may not add, that
10:06:00  16   it's Instagram.  And we've actually accused the Instagram
10:06:06  17   platform in this lawsuit in our complaint and our
10:06:09  18   infringement contentions.
10:06:09  19              Meta owns Instagram, it's marketed as a Meta
10:06:13  20   product, and the -- the limited technical documentation
10:06:16  21   we've received thus far indicates that Instagram uses the
10:06:20  22   exact same back end systems as Facebook does to infringe
10:06:24  23   the patent.
10:06:24  24              So we may not need to add them, but even if we do,
10:06:28  25   it isn't going to alter the scope of this case at all.  The
```

```
10:06:31   1  accused products are going to remain the same.  The parties
10:06:33   2  are really going to remain the same.  We're just seeking a
10:06:38   3  modest extension so we can evaluate the discovery that we
10:06:41   4  just obtained and the additional discovery that we expect
10:06:45   5  to receive very shortly.
10:06:47   6           That's all I have on that, Your Honor.
10:06:51   7           THE COURT:  A rebuttal?
10:06:55   8           MR. MOORE:  Good morning.  May it please the
10:06:57   9  Court.  This is Steven Moore for Meta Platforms.
10:06:58  10           The problem with this argument, Your Honor, is
10:07:01  11  they actually did not accuse Instagram.  While, yes, it is
10:07:04  12  mentioned in the complaint and it is mentioned in the
10:07:07  13  preface to the infringement contentions, there's no claim
10:07:08  14  chart on Instagram.  There's no showing that Instagram
10:07:11  15  somehow works the same way as Facebook Live.  And they are
10:07:14  16  separate platforms.  And so we think that's really
10:07:18  17  dispositive of this issue.
10:07:19  18           They finally told us an hour ago that Instagram is
10:07:23  19  the party they want to add, but they've known of Instagram
10:07:26  20  since they filed the complaint since they mentioned it
10:07:29  21  there.  They just chose not to file a claim chart on it.
10:07:32  22           And I don't know if they're going to try to move
10:07:34  23  for leave to -- to do that in amended contentions.  That
10:07:37  24  would be another reason this case would -- would also be
10:07:39  25  delayed if that were permitted.
```

```
10:07:42   1              But they don't need anything else to know whether
10:07:44   2   to try to add Instagram.  Its -- its existence has never
10:07:49   3   been a secret, and they sued Facebook without any of the
10:07:53   4   discovery that they just told you that they so badly need
10:07:55   5   to know whether they should add Instagram.
10:07:58   6              So really I think it comes down to a lack of
10:08:01   7   diligence on their part, and this deadline to amend -- to
10:08:06   8   add parties has been at this same place in the scheduling
10:08:08   9   order all along.  It's always been the case that there
10:08:11  10   wasn't going to be very much discovery before that deadline
10:08:13  11   came up.
10:08:14  12              So, frankly, they -- if they wanted Instagram in
10:08:16  13   the case, they had what they needed.  They chose not to
10:08:20  14   chart Instagram as an accused product.  And they could have
10:08:23  15   tried to add -- either sue them originally or add them
10:08:27  16   earlier.  We certainly don't think it's worth slowing the
10:08:28  17   case down yet further to add another platform which would
10:08:30  18   require more witnesses and which frankly I think helps even
10:08:34  19   further tip the balance towards a stay because it's likely
10:08:37  20   the case would be delayed if another party were added.
10:08:40  21              And that's all I have, Your Honor.
10:08:42  22              THE COURT:  Here's what I'm going to do, I'm going
10:08:44  23   to extend the deadline for -- excuse me -- the Plaintiff to
10:08:50  24   do this, but that should not imply that -- I heard all the
10:08:55  25   arguments that counsel for Meta just made, which might be a
```

```
10:09:01   1   reason for Meta to come back and either -- you know, and
10:09:06   2   have some -- and need some relief.
10:09:11   3           I don't know what the Plaintiff is going to do,
10:09:13   4   but if the Plaintiff were to add another party at this
10:09:15   5   point and Meta came in and said they needed relief in the
10:09:19   6   form of additional contentions, additional time -- whatever
10:09:22   7   it is, I'm not going to suggest, you guys are good
10:09:25   8   lawyers -- but it seems to me that -- it seems to me to be
10:09:30   9   on the wrong side of it to say at this point that the
10:09:34  10   Plaintiff cannot attempt to add a party.
10:09:37  11           However, if the Plaintiff does decide to add a
10:09:40  12   party, then I certainly will -- I will make sure that it's
10:09:46  13   fair to both parties and Instagram, or whomever it is that
10:09:51  14   gets added, that they -- that they're treated fairly in the
10:09:56  15   litigation, as well.
10:09:57  16           So with that caveat, or proviso, I'm going to
10:10:01  17   allow -- I don't know if the Plaintiff is going to add
10:10:04  18   anyone, I don't know if it will be Instagram, I don't know
10:10:07  19   what they're going to do, but if the Plaintiff does add any
10:10:09  20   additional parties, then counsel for Meta is welcome to
10:10:12  21   come back to the Court.
10:10:14  22           I would -- I would talk with Plaintiff's counsel
10:10:17  23   first about what you-all can work out without my
10:10:20  24   assistance, but if -- if there are issues that Meta thinks
10:10:23  25   needs to occur -- if there are -- are schedule changes or
```

```
10:10:29   1   discovery, whatever it is that comes up that Meta believes
10:10:32   2   it's entitled to some relief on and the Plaintiff
10:10:36   3   believes -- doesn't believe that and you-all need to come
10:10:39   4   back to the Court, I'll certainly take it up then, and you
10:10:42   5   can just reach out to Peter, and we'll get something --
10:10:44   6   we'll get something set up in the form of a hearing.
10:10:47   7            I think that was all that I had, but I'll go first
10:10:49   8   to counsel for Plaintiff and ask if there's anything else
10:10:52   9   that we needed to take up?
10:10:55  10            MR. ELLERMAN:  I believe that's it, Your Honor.
10:10:56  11            THE COURT:  And I will go with Ms. Amstutz, but
10:11:01  12   anyone can answer for Meta.
10:11:05  13            MS. AMSTUTZ:  I believe that's all for the
10:11:06  14   Defendant, Your Honor.
10:11:07  15            THE COURT:  Okay.  You guys have a good weekend.
10:11:10  16   I look forward hopefully to seeing at least some of you in
10:11:13  17   person in the near future.  But have a good weekend in the
10:11:17  18   interim.
10:11:17  19            And we'll get an order out I think hopefully very
10:11:21  20   quickly with regard to the motion to stay.  I thought the
10:11:23  21   arguments on both sides were very informative and -- and
10:11:28  22   very helpful.
10:11:29  23            So take care.  Have a good weekend.  Bye.
10:11:34  24            (Hearing concluded at 10:11 a.m.)
           25
```

1                         CERTIFICATION

2

3        I HEREBY CERTIFY that the foregoing is a true and

4   correct transcript from the stenographic notes of the

5   proceedings in the above-entitled matter to the best of my

6   ability.

7

8

9   _/S/ Shelly Holmes_____          _4/1/22____
    SHELLY HOLMES, CSR, TCRR            Date
10  OFFICIAL REPORTER
    State of Texas No.: 7804
11  Expiration Date: 10/31/24

12

13

14

15

16

17

18

19

20

21

22

23

24

25

