# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIDEOSHARE, LLC, | CIVIL ACTION NO. 6:21-CV-00254-ADA |
| Plaintiff, | |
| v. | |
| META PLATFORMS, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff VideoShare, LLC ("VideoShare" or "Plaintiff") will take the deposition of Paul Dapolito IV on January 25, 2022, at 9:00 a.m. CT (or some other mutually agreeable date and time) at the offices of Scott, Douglass & McConnico, LLP, located at 303 Colorado Street, Suite 2400 Austin, TX 78701.

The deposition will be recorded stenographically and videographically, and the stenographic method will include the instant visual display of testimony.

Dated: January 11, 2022

Respectfully submitted,

By: */s/ William D. Ellerman*
Michael W. Shore (Texas 18294915)
Alfonso G. Chan (Texas 24012408)
William D. Ellerman (Texas 24007151)
Ari Rafilson (Texas 24060456)
Halima Shukri Ndai (Texas 24105486)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
wellerman@shorechan.com
arafilson@shorechan.com
hndai@shorechan.com

1

2

        Mark D. Siegmund (Texas 24117055)
        Steckler, Wayne, Cochran, Cherry, PLLC
        8416 Old McGregor Road
        Waco, Texas 76712
        Tel: (254) 651-3690
        Fax: (254) 651-3689
        mark@swclaw.com

        Charles L. Ainsworth (Texas 00783521)
        Robert C. Bunt (Texas 00787165)
        PARKER, BUNT & AINSWORTH P.C.
        100 E. Ferguson Suite 418
        Tyler, Texas 75702
        Tel: (903) 531-3535
        charley@pbatyler.com
        rcbunt@pbatyler.com

        **COUNSEL FOR PLAINTIFF**
        **VIDEOSHARE, LLC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via e-mail on January 11, 2022.

        /s/ *William D. Ellerman*
        William D. Ellerman