**EXHIBIT 3**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| VIDEOSHARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC. <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00254-ADA <br><br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff VideoShare, LLC ("VideoShare" or "Plaintiff") will take the deposition of Paul Dapolito IV on February 15, 2022, at 9:00 a.m. CT via Zoom link listed here:

https://advancedone.zoom.us/meeting/register/tJMrdOyvqzkpGNemZDTIR3n9EdO_my3hRGSU

The deposition will be conducted before an officer authorized to administer oaths pursuant to Fed. R. Civ. P 28. The testimony will be recorded stenographically and videographically, and the stenographic method will include the instant visual display of testimony.

Dated: January 21, 2022               Respectfully submitted,

                                                     By: */s/ William D. Ellerman*
                                                     Michael W. Shore (Texas 18294915)
                                                     Alfonso G. Chan (Texas 24012408)
                                                     William D. Ellerman (Texas 24007151)
                                                     Ari Rafilson (Texas 24060456)
                                                     Halima Shukri Ndai (Texas 24105486)
                                                     SHORE CHAN LLP
                                                     901 Main Street, Suite 3300
                                                     Dallas, Texas 75202
                                                     Tel: (214) 593-9110
                                                     Fax: (214) 593-9111
                                                     mshore@shorechan.com
                                                     achan@shorechan.com
                                                     wellerman@shorechan.com
                                                     arafilson@shorechan.com

1

2

hndai@shorechan.com

Mark D. Siegmund (Texas 24117055)
Steckler, Wayne, Cochran, Cherry, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com

Charles L. Ainsworth (Texas 00783521)
Robert C. Bunt (Texas 00787165)
PARKER, BUNT & AINSWORTH P.C.
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535
charley@pbatyler.com
rcbunt@pbatyler.com

**COUNSEL FOR PLAINTIFF
VIDEOSHARE, LLC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via e-mail on January 21, 2022.

/s/ *William D. Ellerman*
William D. Ellerman