**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **VIDEOSHARE, LLC** | § | |
| *Plaintiff,* | § | **Case No. 6:21-CV-00254-ADA** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **META PLATFORMS, INC.,** | § | |
| *Defendant.* | § | |
| | § | |

## <u>AMENDED SCHEDULING ORDER</u>

The Court's April 11, 2022 Text Order granted in part and denied in part Defendant Meta Platforms, Inc.'s Motion to Strike (Dkt. 56) and instructed "the parties to meet and confer to submit a new proposed Scheduling Order that allows Meta additional time to respond and produce documents."   Plaintiff argues for a two-month extension, and Defendant argues for a six-month extension.  The Court hereby enters the following amended schedule:

| Current Deadline | New Deadline | Item |
|---|---|---|
| April 20, 2022 | June 20, 2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| April 29, 2022 | June 29, 2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| June 29, 2022 | August 29, 2022 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange |

| Current Deadline | New Deadline | Item |
|---|---|---|
| | | a teleconference with the Court to resolve the disputed issues. |
| July 27, 2022 | November 15, 2022 | Close of Fact Discovery. |
| August 3, 2022 | December 23, 2023 | Opening Expert Reports. |
| August 31, 2022 | January 31, 2023 | Rebuttal Expert Reports. |
| September 21, 2022 | February 28, 2023 | Close of Expert Discovery. |
| September 28, 2022 | March 7, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| October 5, 2022 | March 14, 2023 | Dispositive motion deadline and *Daubert* motion deadline. |
| October 19, 2022 | March 28, 2023 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| November 2, 2022 | April 11, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| November 9, 2022 | April 18, 2023 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| November 16, 2022 | April 25, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| November 23, 2022 | May 1, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |

| Current Deadline | New Deadline | Item |
|---|---|---|
| | | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| December 2, 2021 | May 5, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| December 14, 2022 (or as soon as practicable) | May 12, 2023 | Final Pretrial Conference. |
| January 9, 2023 (or as soon as practicable) | May 15, 2023 | Jury Selection/Trial. |

SIGNED this 26th day of April, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE