# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DIVISION OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIDEOSHARE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> *Defendant*. | CIVIL ACTION NO. 6:21-cv-00254-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

BEFORE THE COURT is the parties' Joint Motion for Entry of Amended Scheduling Order. The Court, having considered the Motion, GRANTS the Joint Motion for Entry of Amended Scheduling Order. The Court hereby enters the following amended schedule:

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| August 29, 2022 | November 28, 2022 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| November 15, 2022 | February 14, 2023 | Close of Fact Discovery. |
| December 23, 2022 | March 23, 2023 | Opening Expert Reports. |
| January 31, 2023 | May 2, 2023 | Rebuttal Expert Reports. |
| February 28, 2023 | May 30, 2023 | Close of Expert Discovery. |

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| March 7, 2023 | June 5, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| March 14, 2023 | June 29, 2023 | Dispositive motion deadline and *Daubert* motion deadline. |
| March 28, 2023 | July 13, 2023 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| April 11, 2023 | July 27, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 18, 2023 | August 3, 2023 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| April 25, 2023 | August 10, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| May 1, 2023 | August 17, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| May 5, 2023 | August 21, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. |
| May 12, 2023 | August 25, 2023 | Final Pretrial Conference. |

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| May 15, 2023 | August 28, 2023 | Jury Selection/Trial. |

SIGNED this 20th day of August, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE